IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES NEWMAN, | NO. C 05-03451 JW |
| Plaintiff(s), | **ORDER OF DISMISSAL** |
| v. | |
| MCLEAN, | |
| Defendant(s). | |

On August 25, 2005, plaintiff filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. That same day, the court sent a notification to plaintiff informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file the completed application within thirty days. To date, plaintiff has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The clerk shall close the file.

Dated: May 3, 2006

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Jw\CR.05\newman3451dis.wpd

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

3  Charles Newman
CDC No. H-53227
4  Pelican Bay State Prison
Facility A-3 #232
5  5905 Lake Earl Drive
Crescent City, CA 95532

7  Charles Newman
CDC No. H-53227
Pelican Bay State Prison
8  Facility B-5#205U
5905 Lake Earl Drive
9  Crescent City, CA 95532

10  **Dated: May 3, 2006**                              **Richard W. Wieking, Clerk**

12                                                      **By:   /s/JW Chambers**
                                                              **Melissa Peralta**
                                                              **Courtroom Deputy**

28  Order of Dismissal
P:\PRO-SE\SJ.Jw\CR.05\newman3451dis.wpd